# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Rafael De La Torre | Case No.  1:16CR00122-DAD-BAM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Rafael De La Torre_, have discussed with _Zaren Craddock_, Pretrial Services Officer, modifications of my release conditions as follows:

1. You shall participate in the following location monitoring program until your intake at the WestCare residential treatment program, and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; HOME INCARCERATION: You shall remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer.

2. You shall participate in the substance abuse treatment program at WestCare, and comply with all the rules and regulations of the program. You shall remain at Fresno inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings, and treatment appointments and escort you back to the program upon completion of the hearing;

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-24-16        _____  8/24/16
Signature of Defendant    Date           Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              8/25/16
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              8/25/16
Signature of Defense Counsel                         Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  8/25/16 .
[ ] The above modification of conditions of release is *not* ordered.

_____                              Aug 25, 2016
Signature of Judicial Officer                        Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services