UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL DELATORRE,<br><br>Defendant. | Case No.  1:16-CR-000122-DAD-BAM-6<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENT<br><br>(Doc. 126) |

The court has read and considered defendant Rafael DeLaTorre's request to seal document (Doc. 126) and the evaluation of A.A. Howsepian, M.D., Ph.D., the Court finds compelling reasons to file the evaluation under seal. Therefore, the request of Dale A. Blickenstaff, attorney for Rafael DeLaTorre, is granted.

The Clerk of the Court is directed to file Dr. A.A. Howsepian's evaluation of defendant Rafael DeLaTorre under seal.

IT IS SO ORDERED.

Dated:   **March 30, 2017**                              _Dale A. Drozd_
                                                                        UNITED STATES DISTRICT JUDGE

1