| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00122-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RAFAEL DeLaTORRE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for the defendant, that the status conference set for May 15, 2017 at 10:00 am before the Honorable Dale A. Drozd be continued to May 22, 2017 at 10:00 a.m. The reason for the request is for the government to have additional time to review options for an evaluation and respond to the Defendant's Memorandum in Support of a Local Examination.

///
///
///
///
///
///

Stipulation

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through May 22, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 12, 2017                                 Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              United States Attorney

                                            By     /s/ Kimberly A. Sanchez
                                                              KIMBERLY A. SANCHEZ
                                                              Assistant U.S. Attorney

Dated: May 12, 2017                                 /s/ Dale A. Blickenstaff
                                                              DALE A. BLICKENSTAFF
                                                              Attorney for Defendant

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to Rafael Delatorre currently set for May 16, 2017, is continued to May 22, 2017, at 10:00am. The time period between May 15, 2017 and May 22, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **May 12, 2017**                              _____
                                                                        UNITED STATES DISTRICT JUDGE