| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>KIMBERLY A. SANCHEZ |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-000122-DAD-BAM-6 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER DIRECTING MENTAL EVALUATION OF DEFENDANT RAFAEL DELATORRE; VACATING STATUS CONFERENCE REGARDING MENTAL COMPETENCY; AND SETTING A HEARING DATE ON DEFENDANT DELATORRE'S MOTION TO DETERMINE MENTAL COMPETENCY |
| v. | |
| RAFAEL DELATORRE, | |
| Defendant. | |

Whereas, defendant Rafael Delatorre on or about March 28, 2017 filed a motion for a hearing to determine mental competency;

Whereas, in support of his motion, defendant Rafael Delatorre submitted a written report of evaluation from Dr. A. A. Howsepian;

Whereas, the United States and defendant's attorney agree that it would be prudent to have the defendant Rafael Delatorre undergo a mental evaluation by a psychologist/psychiatrist within the meaning of 18 U.S.C. § 4241;

Whereas, the defendant is out of custody and the United States has made arrangements for an examination of defendant by a local psychologist/psychiatrist which is anticipated to be completed by the end of August 2017.

It is hereby stipulated by and between the United States and defendant Rafael Delatorre, through

1

his attorney, Dale Blickenstaff, subject to the approval of the Court, that:

    1.    The Court conduct a hearing to determine the mental competency of Rafael Delatorre, pursuant to 18 U.S.C. § 4241(a), on October 16, 2017, at 10:00 a.m., which is after the mental examination of Rafael Delatorre is completed by a psychiatrist/psychologist of the United States' choosing.

    2.    The psychiatrist/psychologist chosen by the United States to perform the mental examination of Rafael Delatorre shall prepare a report containing those matters required under 18 U.S.C. § 4247(c) and shall provide a copy of the report to the United States and counsel for Rafael Delatorre within twenty days of the completion of the mental examination.

    3.    The Court order that the Rafael Delatorre's defense counsel provide a copy of any and all reports related to the psychiatric, psychological, and/or mental evaluations, examinations, and/or testing of defendant to the United States forthwith and no later than August 15, 2017, so that the United States' psychiatrist/psychologist may have these materials before performing his/her mental examination of defendant.

    4.    The United States' mental examination of Rafael Delatorre shall take place on or before September 1, 2017, at the Federal Building and United States Courthouse in Fresno, California.

    5.    It is further stipulated by and between the parties that the status conference currently scheduled for August 14, 2017, be vacated; and that time between July 10, 2017 and October 16, 2017 be excluded under the Speedy Trial Act for further preparation and investigation. The parties stipulate that good cause exists for the continuance and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: August 2, 2017                                  PHILLIP A. TALBERT
                                                            United States Attorney

                                                            By:  /s/Melanie L. Alsworth
                                                                   MELANIE L. ALSWORTH
                                                                   KIMBERLY A. SANCHEZ
                                                                   Assistant United States Attorneys

Dated: August 2, 2017                                    /s/ Dale Blickenstaff
                                                               DALE BLICKENSTAFF
                                                               Attorney for Rafael Delatorre

**ORDER**

Pursuant to stipulation of counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

Based on the parties' stipulation, the Court specifically FINDS and/or ORDERS that:

1. There is reasonable cause to believe that defendant Rafael Delatorre may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense within the meaning of 18 U.S.C. § 4241(a).

2. The Court shall conduct a hearing to determine the mental competency of Rafael Delatorre, pursuant to 18 U.S.C. § 4241(a), on October 16, 2017, at 10:00 a.m., which is after the mental examination of Rafael Delatorre is completed by a psychiatrist/psychologist of the United States' choosing;

3. The psychiatrist/psychologist chosen by the United States to perform the mental examination of Rafael Delatorre shall prepare a report containing those matters required under 18 U.S.C. § 4247(c) and shall provide a copy of the report to the United States and counsel for Rafael Delatorre within twenty days of the completion of the mental examination. The report shall include the following information required under § 4247(c), including: (a) Rafael Delatorre's history and present symptoms; (b) a description of the psychiatric, psychological, and medical tests that were employed and their results; (c) the examiner's findings; and (d) the examiner's opinions as to diagnosis, prognosis, and whether Rafael Delatorre is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4. Rafael Delatorre's defense counsel shall provide a copy of any and all reports related to the psychiatric, psychological, and/or mental evaluations, examinations, and/or testing of defendant to the United States forthwith and no later than August 15, 2017, so that the United States' psychiatrist/psychologist may have these materials before performing his/her mental examination of Rafael Delatorre.

5. The United States' mental examination of Rafael Delatorre shall take place on or before September 1, 2017, at the Federal Building and United States Courthouse in Fresno, California.

6. The Court further ORDERS that the status conference currently scheduled for August 14, 2017, is vacated; and that time between July 10, 2017 and October 16, 2017 is excluded under the Speedy Trial Act for further preparation and investigation as well as to allow for the defendant's examination to determine mental competency, 18 U.S.C. § 3161(h)(1)(A), (h)(7(B)(i) and (h)(7)(b)(iv) – Local Codes A, T1 and T4. Good cause exists for the continuance and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 3, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE