UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00122-DAD-BAM-6 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S REQUEST TO FILE MENTAL COMPETENCY EVALUATION UNDER SEAL |
| RAFAEL DELATORRE, | |
| Defendant. | |

The court has reviewed and considered the government's request for an order sealing a document (Doc. 180) in this case. Good cause appearing, the defendant's mental competency evaluation prepared by Dr. Susan Napolitano, Ph.D., shall be filed under seal shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **October 11, 2017**

_____
UNITED STATES DISTRICT JUDGE

1