1  PHILLIP A. TALBERT
   United States Attorney
2  MELANIE L. ALSWORTH
   KIMBERLY A. SANCHEZ
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | CASE NO. 1:16-CR-00122-DAD-BAM-6
12 |                     Plaintiff, | STIPULATION AND ORDER TO
   |                                | CONTINUE COMPETENCY HEARING
13 |             v.                 |
14 | RAFAEL DELATORRE,              |
15 |                     Defendant. |

16

17                          **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 through defendant's counsel of record, hereby stipulate as follows:

20     1.    By previous order, this matter was set for hearing on October 16, 2017 at 10:00 a.m.

21     2.    The defendant has requested a continuance of the competency hearing because its expert
22 witness, Dr. A. A. Howsepian, is unavailable on October 16, 2017. Defense counsel has contacted Dr.
23 Howsepian and confirmed his availability for the proposed hearing date of November 6, 2017.

24     3.    The government does not object to the continuance and has confirmed that its expert
25 witness is available on November 6, 2017.

26     4.    The parties, therefore, stipulate that the competency hearing, currently scheduled for
27 October 16, 2017, should be rescheduled for November 6, 2017 at 10:00 a.m. The parties further
28 stipulate that time should be excluded, and acknowledge that time was previously excluded for good

                                    1

cause through and including December 11, 2017.

IT IS SO STIPULATED.

Dated: October 12, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: October 12, 2017
/s/ DALE BLICKENSTAFF
DALE BLICKENSTAFF
Counsel for Defendant
Rafael Delatorre

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the competency hearing in this case. Good cause appearing, the competency hearing as to the above named defendant currently scheduled for October 16, 2017, is continued until November 6, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The time period between October 16, 2017 and November 6, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as based on the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 12, 2017**

UNITED STATES DISTRICT JUDGE