UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL DELATORRE,<br><br>Defendant. | Case No. 1:16-cr-00122-DAD-BAM-6<br><br>ORDER FINDING THE DEFENDANT MENTALLY INCOMPETENT TO STAND TRIAL UNDER 21 U.S.C. § 4241(d) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL |

This matter is before the Court on the joint motion of the United States and the defendant for a hearing to determine the mental competency of the defendant pursuant to 18 U.S.C. § 4241(a).

Upon consideration of the competency evaluations prepared by Dr. Howsepian and Dr. Napolitano, and pursuant to 18 U.S.C. § 4241(d), the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the Court hereby ORDERS that:

(1) the defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant

1

will attain capacity to permit the proceedings to go forward;

(2) the defendant shall maintain contact with counsel, and upon notification by counsel that a facility has been designated, shall self-surrender to the facility designated by the Bureau of Prisons (BOP) within 14 days of counsel's receipt of notice of the BOP's designation; in the event the defendant is unable to find transportation to the designated facility, defendant shall surrender to the United States Marshal Service in Fresno, California, within 7 days of counsel's receipt of notice of the designation, for processing and transportation to the designated facility;

(3) upon completion of the evaluation of the defendant, the director of such facility shall submit a report to counsel and the court addressing whether he has attained the capacity to permit the proceedings to go forward;

(4) time is excluded from November 6, 2017, through April 9, 2018, pursuant 18 U.S.C. § 3161(h)(1)(A) and 18 U.S.C. § 3161(h)(4); and

(5) this matter is set for a status conference on April 9, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 8, 2017**

UNITED STATES DISTRICT JUDGE