**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RAFAEL DELATORRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00122-DAD-BAM-6 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING |
| RAFAEL DELATORRE, | |
| Defendant. | |

It is hereby stipulated by and between McGregor Scott, United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for April 9, 2018, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to May 29, 2018, at 10:00 a.m.

A continuance of the hearing is necessary because Mr. DeLaTorre is currently undergoing a mental evaluation at the Federal Facility at Butner, North Carolina. The evaluation of Mr. DeLaTorre is to be completed on April 6, 2018, with a report due from the examiners within 14 working days from that date. A continuance of the hearing will allow the court and parties to receive and review that evaluation.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate tht the ends of justice are served by the court excluding such time, so that counsel for the Defendant may have reasonable

1

time for effective preparation, taking into account the exercise of diligence. 18 U.S.C. 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

Dated: April 3, 2018          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By    /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, AUSA


By    /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for Defendant,
RAFAEL DELATORRE

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue hearing in this case. Good cause appearing, the hearing is as to Rafael DeLaTorre currently set for April 9, 2018, is continued to May 29, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **April 3, 2018**                                     _Dale A. Drozd_
                                                              UNITED STATES DISTRICT JUDGE