**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RAFAEL DELATORRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL DELATORRE,<br><br>Defendant. | Case No.  1:16-cr-00122-DAD-BAM-6<br><br><br>STIPULATION AND ORDER TO RESUME STATUS ON PRETRIAL RELEASE |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, and the

Defendant, by and through his counsel of record, stipulate as follows:

1.  Defendant, RAFAEL DELATORRE, was released with conditions on the instant

matter on July 20, 2016.

2.  On November 8, 2017, the Defendant was committed to the custody of the Attorney

General for treatment and evaluation not to exceed four months.

3.  The Defendant has completed the treatment and evaluation is now in transit by the

U.S. Marshal's Service back to Fresno, California.

4.  The parties stipulate that once the Defendant is returned to Fresno, California, he is to

be released on the same terms and conditions as he was before his commitment.

Further, he is to report to Pretrial Services within 24 hours of his release.  Further, he

is to appear on May 29, 2018, at 10am before the Honorable Dale Drozd in U.S.

1

District Court.

Dated:  April 24, 2018                    Respectfully submitted,


                                          By   /s/ Melanie Alsworth
                                          MELANIE ALSWORTH, AUSA


                                          By   /s/ Dale A. Blickenstaff
                                          DALE A BLICKENSTAFF, Attorney for Defendant,
                                          RAFAEL DELATORRE



### ORDER

Upon his arrival in Fresno, the defendant is ordered released on the same terms and conditions that were in effect before his commitment for treatment and evaluation.  The defendant is ordered to report to the Office of Pretrial Services within 24 hours of his release and to appear on May 29, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **April 24, 2018**          _____
                                     UNITED STATES DISTRICT JUDGE